IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARON ROSENDALE,<br><br>  Plaintiff,<br><br>v.<br><br>CARCHEX, LLC, *et al.*,<br><br>  Defendants. | Case No. SAG-19-cv-2780 |

### STIPULATION OF DISMISSAL FOR ALL CLASS CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, hereby stipulate to the dismissal of all class claims made pursuant to Fed. R. Civ. P. 23 in the above-captioned lawsuit against Defendants CARCHEX, LLC and National Auto Inspections, LLC. This dismissal does not affect the Plaintiff's pending individual claims. Each Party is to bear its own fees and costs.

Respectfully submitted,

   /s/ *Peter A. Muhic*
Peter A. Muhic
LeVan Muhic Stapleton LLC
One Liberty Place
1650 Market St
Suite 3600
Philadelphia, PA 19103
215.561.1500
pmuhic@levanmuhic.com
PRO HAC VICE
*Attorney for the Plaintiff*

   /s/ *Eric N Stravitz*
Eric N Stravitz
Stravitz Law Firm, PC

1

4300 Forbes Boulevard
Suite 100
Lanham, MD 20706
12404675741
Fax: 12404675743
eric@stravitzlawfirm.com
*Attorney for the Plaintiff*

___/s/ *Edwin J Kilpela , Jr*_____
Edwin J Kilpela , Jr
Carlson Lynch LLP
1133 Penn Avenue 5th Fl.
Pittsburgh, PA 15222
4123229243
Fax: 4122310246
Email: ekilpela@carlsonlynch.com
PRO HAC VICE
*Attorney for Plaintiff*

___/s/ *Robert E. Scott, Jr.*_____
Robert E. Scott, Jr. (Bar No. 05010)
Marisa A. Trasatti (Bar No. 25663)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
500 E. Pratt St., Ste. 600
Baltimore, MD, 21202
410-539-1800
Robert.Scott@WilsonElser.com
Marisa.Trasatti@WilsonElser.com
***Attorneys for Defendant CARCHEX, LLC.***

___/s/ *Michael A. Schollaert*_____
Michael A. Schollaert (Bar No. 27723)
Baker, Donelson, Bearman, Caldwell & Berkowitz
100 Light St., 19th Floor
Baltimore, MD, 21201
410-685-1120
MSchollaert@bakerdonaldson.com
*Attorney for Defendant National Auto Inspections, LLC*

2

251353593v.1