IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SHARON ROSENDALE,**<br><br>  Plaintiff,<br><br>v.<br><br>**CARCHEX, LLC,** *et al.***,**<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Case No. SAG-19-cv-2780<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, hereby stipulate to the dismissal of all remaining claims in the above-captioned lawsuit against Defendants CARCHEX, LLC and National Auto Inspections, LLC, with prejudice. Each Party is to bear its own fees and costs.

Respectfully submitted,

___/s/ *Peter A. Muhic*_____
Peter A. Muhic
LeVan Muhic Stapleton LLC
One Liberty Place
1650 Market St
Suite 3600
Philadelphia, PA 19103
215.561.1500
pmuhic@levanmuhic.com
PRO HAC VICE
*Attorney for the Plaintiff*

___/s/ *Eric N Stravitz*_____
Eric N Stravitz
Stravitz Law Firm, PC
4300 Forbes Boulevard
Suite 100

1

Lanham, MD 20706
12404675741
Fax: 12404675743
eric@stravitzlawfirm.com
*Attorney for the Plaintiff*

___/s/ *Edwin J Kilpela , Jr*_____
Edwin J Kilpela , Jr
Carlson Lynch LLP
1133 Penn Avenue 5th Fl.
Pittsburgh, PA 15222
4123229243
Fax: 4122310246
Email: ekilpela@carlsonlynch.com
PRO HAC VICE
*Attorney for Plaintiff*

___/s/ *Robert E. Scott, Jr.* _____
Robert E. Scott, Jr. (Bar No. 05010)
Marisa A. Trasatti (Bar No. 25663)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
500 E. Pratt St., Ste. 600
Baltimore, MD, 21202
410-539-1800
Robert.Scott@WilsonElser.com
Marisa.Trasatti@WilsonElser.com
*Attorneys for Defendant CARCHEX, LLC.*


___/s/ *Michael A. Schollaert*_____
Michael A. Schollaert (Bar No. 27723)
Baker, Donelson, Bearman, Caldwell & Berkowitz
100 Light St., 19th Floor
Baltimore, MD, 21201
410-685-1120
MSchollaert@bakerdonaldson.com
*Attorney for Defendant National Auto Inspections, LLC*

2